**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Adeshina O. Oshilaja,<br>Rebecca S. Indermaur,<br><br>         Plaintiffs,<br><br>     vs.<br><br>Ms. Yvonne Watterson; Gateway<br>Community High School;<br>Gateway Community College;<br>Maricopa County Community<br>College District,<br><br>         Defendants. | No. CIV05-3429-PHX-RCB<br><br>O R D E R |

Currently pending before the court is defendants' "Motion to Strike and Motion for Expedited Consideration" (doc. 30). Defendants are seeking to strike "Plaintiffs' Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment"[1] on four separate grounds.  First, because the

---

[1] Documents 24 and 25 are both entitled "Plaintiffs' Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment[,]" and are virtually identical, except that document 25 contains the original signature of plaintiff Oshilaja, whereas document 24 appears to be a copy.  Also, the signature line for plaintiff Indermaur is left blank on document 25, but on document 24, that line appears to have been signed by plaintiff Oshilaja.
    In any event, even though they seem to be identical in substance, for

court's Scheduling Order required "all dispositive motions" to be filed "by February 23, 2007[,]" (doc. 11 at 3), and given that plaintiffs did not file their motion until March 26, 2007, defendants are moving to strike that motion as untimely.

Second, defendants are moving to strike because plaintiffs' motion and opposition violate Local Rule 7.2(e) in that they are 30 pages in length, whereas that Rule sets forth a 17 page limit for supporting and response memoranda.  Third, defendants correctly point out that plaintiffs' memoranda are not in conformity with Local Rule 7.1(b)(1) because for the most part they are single-spaced, rather than double-spaced as that Rule requires.  Fourth, defendants are moving to strike because plaintiffs' summary judgment motion "comingle[s]" [sic] those arguments with plaintiffs' opposition arguments.  See Doc. 30 at 2.  Defendants asserts that this "commingl[ing]" leaves them "to guess what portion of plaintiffs' motion is intended to respond to defendants' summary judgment motion."  Id. (footnote omitted).  Defendants are seeking expedited consideration of this motion because they calculate the filing date for their reply as April 13, 2007.

As to defendants' motion to strike, the court is fully aware that plaintiffs' motion and opposition are not in conformity with the Local Rules for the reasons identified by defendants.  As previously noted, it appears that only one *pro se* plaintiff signed that motion, and not both as Fed. R. 11(a) requires.  The court will overlook these deficiencies, however, given plaintiffs' *pro se*

---

docketing purposes the Clerk of the Court has deemed number 24 to be plaintiffs' motion for summary judgment and number 25 to be plaintiffs' opposition to defendants' motion for summary judgment.  Although defendants did not distinguish between the two, presumably they are seeking to strike both.

1  status.  Therefore the court DENIES defendants' Motion to Strike
2  (doc. 30) "Plaintiffs' Motion for Summary Judgment and Plaintiffs'
3  Opposition to Defendants' Motion for Summary Judgment" (docs. 24
4  and 25).  The court stresses, however, that hereinafter plaintiffs
5  shall abide by all applicable rule as if they were represented by
6  counsel.
7       By the same token, given the time constraints under which
8  defendants are operating, the court GRANTS defendants' motion for
9  expedited consideration.  Furthermore, because plaintiffs' motion
10 and opposition are not in conformity with the applicable rules,
11 defendants are entitled to substantially more time to respond.
12 Accordingly, the court hereby GRANTS defendants thirty (30) days
13 from the date of this order in which to file and serve their reply
14 to plaintiffs' motion for summary judgment.
15      Accordingly, it is ORDERED that defendants' motion to strike
16 (doc. 30) is DENIED;
17      It is further ORDERED that defendants's motion for expedited
18 consideration (doc. 30) is GRANTED; and
19      FINALLY, it is ORDERED that defendants shall have thirty (30)
20 days from the date of this Order in which to file and serve their
21 reply to plaintiffs' motion for summary judgment.
22      IT IS ORDERED.
23      DATED this 11th day of April, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

28 Copies to counsel of record

- 3 -